# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 18-cr-142-LM |
| | : | |
| v. | : | |
| | : | |
| JARROD HOAGE | : | |
| | : | |

## UNITED STATES' WITNESS LIST

The United States of America, by Jane E. Young, United States Attorney for the District of New Hampshire, submits its Witness List for the probable cause hearing scheduled for Tuesday, January 10, 2023. The government intends to call the following witness:

William Carroll
United States Probation Officer


Dated: January 9, 2023

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By:   /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
anna.krasinski@usdoj.gov